**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>AEGERION PHARMACEUTICALS, INC., )<br>  )<br>and )<br>  )<br>DR. CHARLES M. GERRITS, an individual, )<br>  )<br>Defendants. )<br>  ) | No. 17-cv-11818-MLW |

**JOINT MOTION FOR STATUS CONFERENCE**

The United States and Aegerion Pharmaceuticals, Inc. (the "Parties") respectfully request that the Court schedule a status conference to provide guidance to the Parties on what steps, if any, are required before the Court can rule on the motions and the Parties' agreed-upon Consent Decree that are presently before the Court.  As grounds for this request, the Parties state as follows:

On September 22, 2017, the United States filed a complaint (ECF No. 1) against Aegerion Pharmaceuticals, Inc. ("Aegerion") and Dr. Charles Gerrits.  At the same time, the United States filed a notice of the Consent Decree (ECF No. 4) agreed to by the Parties to resolve this case.  Subsequently, Dr. Gerrits left Aegerion, and the Parties agreed to substitute Dr. Jeffrey Bloss, an Aegerion employee who assumed many of Dr. Gerrits' responsibilities, including overseeing compliance with the Consent Decree and the Juxtapid REMS Program.  Because this Court had not yet entered the Consent Decree filed on September 22, 2017, on February 23, 2018, the United States moved, with written consent from Defendant Aegerion and Dr. Bloss, to amend its complaint under Federal Rule of Civil Procedure 15(a)(2) to substitute Dr. Bloss for Dr. Gerrits.

On April 4, 2018, the Parties jointly moved the Court to rule on the pending motion to amend, allow the United States to file its amended complaint, and enter a revised Consent Decree that named Dr. Bloss as the individual Defendant. *See* ECF No. 13. The Parties attached to their April 4, 2018 motion the revised Consent Decree that they wish to have entered. *Id.*

The Parties now respectfully request guidance from this Court on what additional steps, if any, they should take to enable the Court to grant the pending motions and allow for the filing of the agreed-upon Amended Complaint and entry of the Consent Decree attached to ECF No. 13. If the Court allows the motions before it, it will be able to administratively close this case, and the Parties will then proceed with their obligations under the Consent Decree.

Respectfully submitted,

| | |
|---|---|
| ANDREW E. LELLING<br>United States Attorney | Respectfully submitted, |
| /s/Kriss Basil<br>Kriss Basil (BBO #673074)<br>Assistant U.S. Attorney<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3100<br>kriss.basil@usdoj.gov | /s/Patrick Welsh<br>Joshua S. Levy (BBO# 563017)<br>Patrick J. Welsh (BBO# 672283)<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199<br>joshua.levy@ropesgray.com<br>patrick.welsh@ropesgray.com |
| CHAD A. READLER<br>Acting Assistant Attorney General | Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050 |
| GUSTAV W. EYLER<br>Acting Director, Consumer Protection Branch | Attorneys for Defendants |
| MATTHEW J. LASH<br>Trial Attorney, Consumer Protection Branch<br>450 Fifth Street, NW<br>Room 6400 - South<br>Washington, D.C. 20001 | |

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

REBECCA K. WOOD
Chief Counsel
Food and Drug Administration
Associate General Counsel
Food and Drug Division

ANNAMARIE KEMPIC
Deputy Chief Counsel for Litigation

SONIA W. NATH
Associate Chief Counsel for Enforcement
United States Department of Health and Human Services
Office of the General Counsel, Food and Drug Division
10903 New Hampshire Avenue
WO Bldg. 31 Room 4568
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated:  May 18, 2018                      /s/Kriss Basil